United States District Court for the District of Kansas

JEFFREY J. SPERRY,       )
    plaintiff           )
                       )
      V.            )        Case No.  **18-3119-EFM-ADM**
                       )
**CORIZON HEALTH, et al.,**  )
    defendants       )

## PLAINTIFF'S OBJECTION TO DEFENSE COUNSEL REPRESENTING THREE DEFENDANTS WHO HAVE CONFLICTING DEFENSES

Comes Now, JEFFREY J. SPERRY, Plaintiff pro se, and hereby files his objection to Defense Counsel Roger Slead representing an active conflict of interest. In support of this objection Plaintiff states:

1. Plaintiff's complaint alleges several claims against Corizon Health, Rebecca Talbert, and Ashley Brundage for their failure to treat his hep-C and the irreparable harm caused thereby.

2. Defendants Talbert and Brundage assert they were prevented from treating Plaintiff by Defendant Corizon and their policies.

3. Defendant Corizon asserts they can't be liable because they are not a healthcare provider so the liability has to fall to the nurses.

4. These are clearly conflicting defenses and counsel cannot legally represent conflicts of interest.

1

5. Plaintiff recently learned That Defendants Talbert and Brundage are not even aware that this lawsuit is pending against them, which means they have not authorized attorney Slead To represent them.

WHEREFORE, Plaintiff moves this Court To remove attorney Roger Slead and his firm from representing any of the defendants in this matter.

FURTHER, Plaintiff moves this Court To order Defendants Talbert and Brundage To enter their personal appearances in this matter.

Respectfully Submitted,

JEFFREY J. SPERRY

2